

## Marin/Goodman, LLP
*Attorneys At Law*

500 Mamaroneck Avenue
Suite 501
Harrison, New York 10528
Tel (212) 661-1151
Fax (212) 661-1141

Russell S. Jamison,
*Partner*
Rjamison@maringoodman.com

March 26, 2018

**VIA ECF and**
**EMAIL (chambersnysdseibel@nysd.uscourts.gov)**
Honorable Cathy Seibel
United States Courthouse
300 Quarropas Street, Courtroom 621
White Plains, NY 10601-4150

                **Re:**     **Rodrigo Armand v. Richard Marin,** *et al***.**
                      **Case No.: 17-cv-9725(CS)(PD)**

Dear Judge Seibel:

      This firm represents defendants Richard Marin, Fredric Goodman and Marin/Goodman, LLP in the above matter. We write pursuant to the Court's individual rules with respect to requesting a thirty day extension of time to answer in order to investigate and plead certain affirmative defenses. The current deadline is March 29, 2018. This is defendants' first request for an extension of time to answer. We have conferred with Mr. Van Lare, counsel for plaintiff, who consented to this request.

      Thank you for your consideration.

                                                Respectfully submitted,

                                                Russell S. Jamison

RSJ/dr

MARIN/GOODMAN, LLP

*Attorneys At Law*

March 26, 2018
Page 2 of 2


cc: ***via ECF and e-mail*** *(vanlareesq@aol.com)*
      Albert Van Lare, Esq.