UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODRIGO ARMAND,<br><br>                    Plaintiffs,<br><br>v.<br><br>Richard Marin, Individually and in his capacity as Partner; Fredric Goodman, Individually and in his capacity as Partner; Shirley Jules; MARIN GOODMAN, LLP; John Doe,<br><br>                    Defendants. | 17-CV-9725 (CS)<br><br>**NOTICE OF MOTION** |

| | |
|---|---|
| MOTION BY: | Defendants, Richard Marin, Individually and in his capacity as Partner; Fredric Goodman, Individually and in his capacity as Partner; Shirley Jules and Marin Goodman, LLP by its attorneys Marin Goodman, LLP, 500 Mamaroneck Avenue, Suite 102, Harrison, NY 10528. |
| DATE AND PLACE: | January 18, 2019 at the United States District Court, 300 Quarropas Street, White Plains, NY 10601, or at such other time as the Court may direct. |
| SUPPORTING PAPERS: | Affirmation of Richard Marin;<br>Affidavit of Shirley Jules;<br>Affidavit of Irina Hovhannisyan;<br>Affidavit of Faye McFarlane;<br>Affidavit of Anna Brozek; and<br>All pleadings and exhibits annexed thereto. |
| RELIEF DEMANDED: | An Order dismissing: |

1) all of Plaintiff's claims regarding discrimination because Defendants had a legitimate, non-discriminatory basis for terminating Plaintiff's employment;

2) all of Plaintiff's claims under New York Executive Law §296(1) and 42 USC §1981 as limited by their statutes of limitations of three and four years, respectively;

3) Plaintiff's First, Second, and Third Causes of Action for failure to state a claim against Shirley Jules upon which relief can be granted as Plaintiff failed to adequately plead that Ms. Jules discriminated against him;

4) Plaintiff's First Cause of Action under New York Executive Law §296(1) for failing to state a claim against Shirley Jules because Ms. Jules was not Plaintiff's statutory Employer;

5) Plaintiff's Second Cause of Action under the Civil Rights Act of 1866, as amended, 42 USC §1981 for failure to state a claim against Shirley Jules because Ms. Jules did not have any control over the contracts entered into by Plaintiff;

6) Plaintiff's Third Cause of Action under the Title VII for failure to state a claim against Defendants Shirley Jules, Marin Goodman, LLP, Richard Marin and Fredric Goodman because:

   i. Defendants were not an Employer or an Agent as defined by the statute; and

   ii. Plaintiff failed to timely commence his Title VII claim within ninety days of receipt of his right-to-sue Notice;

7) Plaintiff's Fourth Cause of Action for Defamation against Shirley Jules because it is time-barred under the one-year statute of limitations of NY CPLR§215(3);

8) Plaintiff's Fourth Cause of Action for Defamation against Defendants Richard Marin and Fredric Goodman as time-barred under the one-year statute of limitations of NY CPLR §215(3), as well as for failing to state a cause of action upon which relief can be granted;

9) Plaintiff's Fourth Cause of Action for Defamation against Defendants Richard Marin, Fredric Goodman and Shirley Jules because their statements were privileged;

10) An Order pursuant to FRCP 11, granting sanctions and attorneys' fees to Shirley Jules for Plaintiff's frivolous claims against her; and

|  |  |  |
|---|---|---|
|  | 11) | And for such other and further relief as this Court deems just and proper. |
| OPPOSITION: |  | Opposition to be served by December 24, 2018. |

Dated: Harrison, New York
         November 21, 2017

                                     **MARIN GOODMAN, LLP**

                                By: __/s/ Russell S. Jamison_____
                                     Russell S. Jamison, Esq. (RSJ 1360)
                                     *Attorneys for Defendants*
                                     *Shirley Jules and Marin Goodman LLP*
                                     500 Mamaroneck Avenue, Suite 102
                                     Harrison, New York 10528
                                     rjamison@maringoodman.com
                                     (212) 661-1151
                                     (212) 661-1141 {fax}

                                     **RICHARD MARIN**, Individually and in
                                     his capacity as Partner


                                     _/s/ Richard Marin_____
                                     Richard Marin, *Pro Se* (RPM 5116)


                                     **FREDRIC GOODMAN**, Individually and
                                     in his capacity as Partner


                                     _/s/ Fredric Goodman_____
                                     Fredric Goodman, *Pro Se* (FBG 9351)