

*Attorneys At Law*

500 Mamaroneck Avenue
Suite 102
Harrison, New York 10528
Tel (212) 661-1151
Fax (212) 661-1141

Russell S. Jamison,
  *Partner*
rjamison@maringoodman.com

April 24, 2020

**VIA ECF**
Honorable Philip M. Halpern
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

      **Re:**  **Armand v. Marin Goodman LLP**, *et al.*
         **Case No.: 7:17-cv-09725 (PMH)**

Dear Judge Halpern:

  I write on behalf of all defendants and with the consent of plaintiff's counsel. The parties jointly requested an extension to file a proposed revised case management order by today which was granted by the Court. While the parties have been able to generally agree on the proposed revisions, we have been unable to finish confirming all the new proposed dates by today's deadline.

  As such, both sides will continue to speak over the weekend and request a brief extension to file the revised proposed order on Monday, April 27, 2020.

  Thank you again for your attention in this matter.

              Respectfully submitted,

              Russell S. Jamison


              /s/ *Richard P. Marin*
              Richard P. Marin, *pro se*



*Attorneys At Law*

April 24, 2020
Page 2 of 2

/s/ *Fredric B. Goodman*

Fredric B. Goodman, *pro se*

cc: **VIA EMAIL** (vanlareesq@aol.com)
The Law Offices of Albert Van-Lare
125 Maiden Lane, Suite 510
New York, NY 10038

---

The Court is in receipt of the jointly submitted proposed case management plans (Docs. 79 and 80). The parties are instructed to re-submit, by April 29, 2020, my Civil Case Management Plan (available at nysd.uscourts.gov/hon-philip-m-halpern). The Clerk is instructed to terminate ECF No. 78.

**SO ORDERED.**

Dated: New York, NY
April 27, 2020

_____
Philip M. Halpern, U.S.D.J.